## United States Bankruptcy Court
### Western District of Pennsylvania

In re   Dana M. Krall _____          Case No.   **24-22458** _____

_____ Debtor(s)              Chapter   **13** _____

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Dana M. Krall** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **October 22, 2024** _____          Signature   **/s/ Dana M. Krall** _____
                                                            **Dana M. Krall**
                                                            Debtor

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 04/06/24 |
| 2. Pay Date | 04/12/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| KRALL DANA L | GS  05  07 | 28.14 | 42.21 | 58718.00    0.00    58718.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-2345 | 20.78 | N | 02/27/11 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| THE BANCORP BANK | FROST BANK | VA PITTSBURGH EMPL FCU |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | H | 0 | 0 | 421921 | S | 0 | 0 | O'HARA TWP    NR | FERS:    3716.67 | |
| PA | S | 0 | 0 | 422014 | S | 0 | 0 | PENN HILLS TWP | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2259.44 | 17782.14 | TSP DATA    5% |
| TAXABLE WAGES | 1680.81 | 13598.95 | |
| NONTAXABLE WAGES | 466.07 | 3606.66 | |
| TAX DEFERRED WAGES | 112.56 | 576.53 | |
| DEDUCTIONS | 1648.72 | 10043.17 | |
| AEIC | | | |
| NET PAY | 610.72 | 7738.97 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2251.20 | UNIFORM ALW | | 8.24 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (3) | 565.00 | 1820.00 | FEGLI | Y5 | 9.76 | 77.44 |
| FEGLI OPTNL | BC | 7.10 | 56.40 | FEHB | 112 | 262.60 | 2051.42 |
| FSA-HC | | 123.07 | 984.56 | MEDICARE | | 26.00 | 205.54 |
| OASDI | | 111.19 | 878.88 | ORG/UNION | VBUD | 21.00 | 168.00 |
| RETIRE, FERS | K | 18.01 | 141.73 | VCS DEDUCT | JC | 125.00 | 1000.00 |
| TAX, FEDERAL | | 87.89 | 727.14 | TAX, LST | 421921 | 2.00 | 16.00 |
| TAX, LOCAL | 422014 | 31.38 | 248.05 | TAX, STATE | PA | 55.06 | 435.20 |
| TSP LOANS | 626002G | 18.94 | 151.52 | TSP SAVINGS | | 112.56 | 576.53 |
| DENTAL | | 55.28 | 386.93 | VISION | | 16.88 | 117.83 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 0.25 | 6.00 | 36.00 | 8.00 | 31.50 | | 4.75 | |
| SICK | 2.00 | 4.00 | 24.00 | | 21.50 | | 4.50 | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 2.25 | | | |
| FMLA FAMILY | 480.00 | | | 8.00 | 45.25 | | 434.75 | 04/10/24 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 38.72 | FEHB | 646.18 | 5099.92 |
| MEDICARE | 26.00 | 205.54 | OASDI | 111.19 | 878.88 |
| RETIRE, FERS | 414.22 | 3259.78 | TSP BASIC | 22.51 | 177.16 |
| TSP MATCHING | 90.05 | 554.02 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   262.60
TSP/ROTH DEDUCTION ADDED/CHANGED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 04/20/24 |
| --- | --- |
| 2. Pay Date | 04/26/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| KRALL DANA L | GS  05  07 | 28.14 | 42.21 | 58718.00    0.00    58718.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-2345 | 20.78 | N | 02/27/11 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| THE BANCORP BANK | FROST BANK | VA PITTSBURGH EMPL FCU |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | M | 0 | 0 | 421921 | S | 0 | 0 | OHARA TWP     NR | FERS:    3734.68 | |
| PA | S | 0 | 0 | 422014 | S | 0 | 0 | PENN HILLS TWP | | |

| 21. | Current | Year to Date | 22. | |
| --- | --- | --- | --- | --- |
| GROSS PAY | 2259.44 | 20041.58 | TSP DATA | 5% |
| TAXABLE WAGES | 1680.81 | 15279.76 | | |
| NONTAXABLE WAGES | 466.07 | 4072.73 | | |
| TAX DEFERRED WAGES | 112.56 | 689.09 | | |
| DEDUCTIONS | 1648.73 | 11691.90 | | |
| AEIC | | | | |
| NET PAY | 610.71 | 8349.68 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2251.20 | UNIFORM ALW | | 8.24 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT, SV | (3) | 565.00 | 2385.00 | FEGLI | Y5 | 9.76 | 87.20 |
| FEGLI OPTNL | BC | 7.10 | 63.50 | FEHB | 112 | 262.60 | 2314.02 |
| FSA-HC | | 123.07 | 1107.63 | MEDICARE | | 26.01 | 231.55 |
| OASDI | | 111.19 | 990.07 | ORG/UNION | VBUD | 21.00 | 189.00 |
| RETIRE, FERS | K | 18.01 | 159.74 | VCS DEDUCT | JC | 125.00 | 1125.00 |
| TAX, FEDERAL | | 87.89 | 815.03 | TAX, LST | 421921 | 2.00 | 18.00 |
| TAX, LOCAL | 422014 | 31.38 | 279.43 | TAX, STATE | PA | 55.06 | 490.26 |
| TSP LOANS | 626002G | 18.94 | 170.46 | TSP SAVINGS | | 112.56 | 689.09 |
| DENTAL | | 55.28 | 442.21 | VISION | | 16.38 | 134.71 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 0.25 | 6.00 | 42.00 | | 31.50 | | 10.75 | |
| SICK | 2.00 | 4.00 | 28.00 | 8.00 | 29.50 | | 0.50 | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 2.25 | | | |
| FMLA - AM.LY | 480.00 | | | | 45.25 | | 434.75 | 08/23/24 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 4.88 | 43.60 | FEHB | 646.18 | 5746.16 |
| MEDICARE | 26.01 | 231.55 | OASDI | 111.19 | 990.07 |
| RETIRE, FERS | 414.22 | 3674.00 | TSP BASIC | 22.51 | 199.67 |
| TSP MATCHING | 90.05 | 644.07 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
MISSED TAX DAY? CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
PRETAX FEHB EXCLUSION $  262.60
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

| DEPARTMENT OF DEFENSE | | | | 1. Pay Period End 05/04/24 |
|---|---|---|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | 2. Pay Date 05/10/24 |

| 3. Name KRALL DANA L | 4. Pay Plan/Grade/Step GS  05  07 | 5. Hourly/Daily Rate 28.14 | 6. Basic OT Rate 42.21 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 58718.00      0.00      58718.00 |
|---|---|---|---|---|
| 8. Soc Sec No ...-..-2345 | 9. Locality % 20.78 | 10. FLSA Category N | 11. SCD Leave 02/27/11 | 12. Max Leave Carry Over 240 / 13. Leave Year End 01/11/25 |

| 14. Financial Institution - Net Pay THE BANCORP BANK | 15. Financial Institution - Allotment #1 FROST BANK | 16. Financial Institution - Allotment #2 VA PITTSBURGH EMPL FCU |
|---|---|---|

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 0 | 0 | 421921 | S | 0 | 0 | OHARA TWP      NR | FERS:      3752.69 | |
| PA | S | 0 | 0 | 422014 | S | 0 | 0 | PENN HILLS TWP | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2259.44 | 22301.02 | TSP DATA | 5% |
| TAXABLE WAGES | 1680.81 | 16960.57 | | |
| NONTAXABLE WAGES | 466.07 | 4538.80 | | |
| TAX DEFERRED WAGES | 112.56 | 801.65 | | |
| DEDUCTIONS | 1648.72 | 13340.62 | | |
| AEIC | | | | |
| NET PAY | 610.72 | 8960.40 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2251.20 | UNIFORM ALW | | 8.24 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (3) | 565.00 | 2950.00 | FEGLI | Y5 | 9.76 | 96.96 |
| FEGLI OPTNL | BC | 7.10 | 70.60 | FEHB | 112 | 262.60 | 2576.62 |
| FSA-HC | | 123.07 | 1230.70 | MEDICARE | | 26.00 | 257.55 |
| OASDI | | 111.19 | 1101.26 | ORG/UNION | VBUD | 21.00 | 210.00 |
| RETIRE, FERS | K | 18.01 | 177.75 | VCS DEDUCT | JC | 125.00 | 1250.00 |
| TAX, FEDERAL | | 87.89 | 902.92 | TAX, LST | 421931 | 2.00 | 20.00 |
| TAX, LOCAL | 422014 | 31.38 | 310.81 | TAX, STATE | PA | 55.06 | 545.32 |
| TSP LOANS | 626002G | 18.94 | 189.40 | TSP SAVINGS | | 112.56 | 801.65 |
| DENTAL | | 55.28 | 497.49 | VISION | | 16.88 | 151.59 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 0.25 | 6.00 | 48.00 | 16.00 | 47.50 | | 0.75 | |
| SICK | 2.00 | 4.00 | 32.00 | 3.50 | 33.00 | | 1.00 | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 2.25 | | | |
| FMLA FAMILY | 480.00 | | | 16.00 | 61.25 | | 418.75 | 08/20/24 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 48.48 | FEHB | 646.18 | 6392.28 |
| MEDICARE | 26.00 | 257.55 | OASDI | 111.19 | 1101.26 |
| RETIRE, FERS | 414.22 | 4088.22 | TSP BASIC | 22.51 | 222.18 |
| TSP MATCHING | 90.05 | 734.12 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  262.60
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE

# CIVILIAN LEAVE AND EARNINGS STATEMENT LES

### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 05/18/24 |
| 2. Pay Date | 05/24/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| KRALL DANA L | GS  05  07 | 28.14 | 42.21 | 58718.00        0.00        58718.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| •••–••–2345 | 20.78 | N | 02/27/11 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| THE BANCORP BANK | FROST BANK | VA PITTSBURGH EMPL FCU |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | H | 0 | 0 | 421921 | S | 0 | 0 | OHARA TWP      NR | FERS:      3770.14 | |
| PA | S | 0 | 0 | 422014 | S | 0 | 0 | PENN HILLS TWP | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2189.09 | 24490.11 | TSP DATA | 5% |
| TAXABLE WAGES | 1613.98 | 18574.55 | | |
| NONTAXABLE WAGES | 466.07 | 5004.87 | | |
| TAX DEFERRED WAGES | 109.04 | 910.69 | | |
| DEDUCTIONS | 1627.85 | 14968.47 | | |
| AEIC | | | | |
| NET PAY | 561.24 | 9521.64 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 77.50 | 2180.85 | UNIFORM ALW | 8.24 | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (3) | 565.00 | 3515.00 | FEGLI | Y5 | 9.76 | 106.72 |
| FEGLI OPTNL | BC | 7.10 | 77.70 | FEHB | 112 | 262.60 | 2839.22 |
| FSA-HC | | 123.07 | 1353.77 | MEDICARE | | 24.99 | 282.54 |
| OASDI | | 106.82 | 1208.08 | ORG/UNION | VBUD | 21.00 | 231.00 |
| RETIRE, FERS | K | 17.45 | 195.20 | VCS DEDUCT | JC | 125.00 | 1375.00 |
| TAX, FEDERAL | | 79.87 | 982.79 | TAX, LST | 421921 | 2.00 | 22.00 |
| TAX, LOCAL | 422014 | 30.15 | 340.96 | TAX, STATE | FA | 52.90 | 598.22 |
| TSP LOANS | 626002G | 18.94 | 208.34 | TSP SAVINGS | | 109.04 | 910.69 |
| DENTAL | | 55.28 | 552.77 | VISION | | 16.88 | 168.47 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 0.25 | 6.00 | 54.00 | 6.75 | 54.25 | | | |
| SICK | 2.00 | 4.00 | 36.00 | 5.00 | 38.00 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | 2.50 | 4.75 | | | |
| FMLA FAMILY | 480.00 | | | 8.00 | 69.25 | | 4 0.75 | 08/30/24 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 53.36 | FEHB | 646.18 | 7038.46 |
| MEDICARE | 24.99 | 282.54 | OASDI | 106.82 | 1208.08 |
| RETIRE, FERS | 401.28 | 4489.50 | TSP BASIC | 21.81 | 243.99 |
| TSP MATCHING | 87.23 | 821.35 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   262.60
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**