**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 24-22458-GLT |
| Dana L. Krall,<br>    Debtor(s). | Chapter 13 |
| Dana L. Krall,<br>    Movant(s),<br>vs.<br>No Respondents,<br>    Respondent(s). | Related to Docket No. 35 |

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN
PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

    Whereas Dana L. Krall ("Debtor(s)") wishes to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at 712 Armstrong Avenue, Apollo, PA 15613;

    Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

    Whereas the Trustee consents to the Debtor(s) participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

    AND NOW therefore upon the consent of the Debtor(s) and Trustee it is hereby ORDERED:

(1)    The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)    In the event there are any funds distributed as result of the Debtor(s) participation, Debtor(s) shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

(3)    The Trustee or an attorney for the Trustee on her behalf is authorized to sign the PAHAF application form to the extent that an actual signature is required in addition to this Order.

(4)    The report referenced in paragraph 2 shall be filed within 30 days of the Debtor receiving notice that funds have been disbursed by the PAHAF program.  Debtor shall file an amended plan (if necessary) within 14 days after the report is filed

So ORDERED, this _ 10th Day of March 10, 2025                        _:

_____
Gregory J. Taddonio, Chief Judge
United States Bankruptcy Court

Consented to:

/s/ Lawrence Willis
Lawrence W. Willis Esquire
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com
**Attorney for Debtors**

/s/ Kate DeSimone
Kate DeSimone, Esq.
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
inquiries@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22458-GLT |
| Dana L. Krall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Mar 10, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dana L. Krall, 712 Armstrong Avenue, Apollo, PA 15613-2217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Lawrence Willis | on behalf of Debtor Dana L. Krall ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4