**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-22458-GLT |
| Dana Krall, | : | |
| | : | |
| **Debtor** | : | CHAPTER 13 |
| | : | |
| Dana Krall, | : | RELATED TO DOCKET NO. 39 |
| | : | |
| **Movant** | : | |
| | : | HEARING DATE AND TIME : |
| vs. | : | June 4, 2025 at 10 :00 AM |
| | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee/ | : | |
| **Respondents** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO DISMISS CASE**
**FILED AT DOCKET NO. 39**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on May 3, 2025, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 20, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 21, 2025                    By: /s/ Lawrence Willis Esquire
                                       Lawrence W Willis, Esquire
                                       PA I.D. # 85299
                                       Willis & Associates
                                       201 Penn Center Blvd
                                       Pittsburgh, PA 15235
                                       Tel: 412.235.1721
                                       Fax: 412.542.1704
                                       lawrencew@urfreshstrt.com