**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DANA L. KRALL | Case No.:24-22458 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/04/2024 and confirmed on 12/10/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,397.00 |
| Less Refunds to Debtor | 1,399.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,997.60 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,229.44 | |
|    Trustee Fee | 479.84 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,709.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 4,288.32 | 0.00 | 4,288.32 |
|     Acct: 0145 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0145 | | | | |
|   REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2499 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0999 | | | | |
| | | | | 4,288.32 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANA L. KRALL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANA L. KRALL | 1,399.40 | 1,399.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 4,000.00 | 3,229.44 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 1,549.26 | 0.00 | 0.00 | 0.00 |
| Acct: 2345 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AIS INFOSOURCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY BANK(*) | 7,103.91 | 0.00 | 0.00 | 0.00 |
| Acct: 4942 | | | | |
| AMERICAN FIRST FINANCE LLC | 281.30 | 0.00 | 0.00 | 0.00 |
| Acct: 5735 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 632.23 | 0.00 | 0.00 | 0.00 |
| Acct: 2884 | | | | |
| CHIME | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2761 | | | | |
| FIRST SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0398 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,565.18 | 0.00 | 0.00 | 0.00 |
| Acct: 8616 | | | | |
| LVNV FUNDING LLC | 1,304.55 | 0.00 | 0.00 | 0.00 |
| Acct: 3500 | | | | |
| MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8914 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 840.01 | 0.00 | 0.00 | 0.00 |
| Acct: 3263 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 1,408.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0999 | | | | |
| REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2499 | | | | |
| SPRING OAKS CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6316 | | | | |
| TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: C8E3 | | | | |
| TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ED55 | | | | |
| TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: D38A | | | | |
| TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: EE90 | | | | |
| TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 67C3 | | | | |
| TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: F280 | | | | |
| UNION HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2407 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERIC/ | 427.83 | 0.00 | 0.00 | 0.00 |
| Acct: 7488 | | | | |
| LVNV FUNDING LLC | 764.33 | 0.00 | 0.00 | 0.00 |
| Acct: 1298 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 730.90 | 0.00 | 0.00 | 0.00 |
| Acct: 1508 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,181.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8806 | | | | |
| LVNV FUNDING LLC | 1,461.33 | 0.00 | 0.00 | 0.00 |
| Acct: 6405 | | | | |

| 24-22458 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 4,288.32 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 1,549.26 | |
| SECURED | 0.00 | |
| UNSECURED | 17,702.33 | |

Date: 07/07/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com